IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY WAYNE KITCHENS, | ) | 8:08CV157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARTY CONBOY et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff Larry Wayne Kitchens, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

    Dated May 14, 2008.

                          BY THE COURT

                          s/ Warren K. Urbom
                          United States Senior District Judge