IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY WAYNE KITCHENS, | ) | 8:08CV157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARTY CONBOY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On August 4, 2008, the court entered a Memorandum and Order dismissing claims and directing the plaintiff to file an amended complaint no later than August 19, 2008. (Filing No. 6.) The plaintiff has not filed an amended complaint or any other response to the court's August 4, 2008, Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because the plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated September 15, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge